### CREWS V. THE STATE.
(Decided January 23, 1912.)

APPEAL from Dale Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

### CRITTENDEN V. THE STATE.
(Decided January 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

### DAVIS V. THE STATE.
(Decided January 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

### ELMORE LUMBER COMPANY V. NIXON.
(Decided December 17, 1912.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

FRANK W. LULL, for appellant.   J. M. HOLLY, for appellee.

Per curiam.   Affirmed on the authority of *Tice v. The State*, 3 Ala. App. 164; 57 South. 506.